

FILED
JUL 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINDSAY MILLS,<br><br>　　　　Defendant. | No. 2:13-mj-0208-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release LINDSAY MILLS Case No. 2:13-mj-0208-KJN, from custody for the following reasons:

　　____　　Release on Personal Recognizance

　　_X_　　Bail Posted in the Sum of $ 100,000, co-signed by Betty Brown, Karen Mills, and Shamaya Mills.

　　_X_　　Unsecured Appearance Bond

　　____　　Appearance Bond with 10% Deposit

　　____　　Appearance Bond with Surety

　　____　　Corporate Surety Bail Bond

　　_X_　　(Other): Other pretrial conditions stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 16, 2013.

_____
UNITED STATES MAGISTRATE JUDGE